IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SYRENA JOHNSON**                                                                             **PLAINTIFF**

**v.**                    **NO. 3:23-cv-00153-PSH**

**KILOLO KIJAKAZI, Acting Commissioner**                  **DEFENDANT**
**of the Social Security Administration**

### ORDER

The Acting Commissioner of the Social Security Administration ("Commissioner") has filed the pending unopposed motion to reverse and remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g). See Docket Entry 11. For good cause shown, the motion is granted. This case is remanded in accordance with the terms outlined by the Commissioner. The remand in this case is a sentence four remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The dismissal of this case is without prejudice to plaintiff Syrena Johnson's subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED this 4th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE