IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SYRENA JOHNSON                                                                                    PLAINTIFF

v.                              NO. 3:23-cv-00153-PSH

KILOLO KIJAKAZI, Acting Commissioner                                           DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Syrena Johnson.

IT IS SO ORDERED this 4th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE