IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SYRENA JOHNSON**                                                                                           **PLAINTIFF**

v.                              NO. 3:23-cv-00153-PSH

**MARTIN O'MALLEY, Commissioner of**                                      **DEFENDANT**
**the Social Security Administration**


**ORDER**

Plaintiff Syrena Johnson ("Johnson") filed the pending motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"). See Docket Entry 14. In the motion, she sought $6,321.00 in attorney's fees. The Commissioner of the Social Security Administration ("Commissioner") filed a response to the motion in which he represented the following: "[a]fter discussions with Plaintiff's counsel, Plaintiff and Defendant have agreed to an award of EAJA fees and expenses in the amount of $5,500.00." See Docket Entry 16 at CM/ECF 1.[1]

---

[1]   Johnson's attorney has confirmed this agreement.

The motion for an award of attorney's fees under the EAJA is granted. Johnson is awarded attorney's fees in the amount of $5,500.00. The Commissioner shall disburse the attorney's fees in accordance with the terms set forth in the motion.

IT IS SO ORDERED this 19th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE